# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

R. KEITH MAIDMAN, )
        Plaintiff, )   2:12-cv-00286-KJD-CWH
)
vs. )
)   **ORDER**
ANTHONY DEMEO, *et al.*, )
)
        Defendants. )

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint. Plaintiff must either submit the filing fee or submit an application to proceed *in forma pauperis* when initiating an action in this Court.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new complaint in a new action. The Clerk of the Court shall enter judgment accordingly.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same. The Clerk of Court shall send plaintiff a copy of the civil rights complaint in this action.

1   **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis*
2   application in a new action, but he may not file further documents in this action.
3   **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.
4   DATED:  March 2, 2012.

_____
UNITED STATES DISTRICT JUDGE